374 A.2d 717

Donnellan, Appellant, v. Donnellan.

Argued April 13, 1977. Robert B. Marcus, for appellant; Walter H. Donnellan, Jr., *in propria persona*, with him Dane Critchfield, for appellee.

Order affirmed.

VAN der VOORT, J., absent.